UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:16CR 170 (SRU) |
| v. | VIOLATION: |
| ANTHONY DIAZ | 18 U.S.C. § 1001(a)(2)<br>(False Statement) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(False Statement)

On or about September 26, 2014, in the District of Connecticut, defendant ANTHONY DIAZ, in a matter within the jurisdiction of the executive branch of the Government of the United States, namely the United States Department of Labor and the Internal Revenue Service, knowingly and willfully made a materially false, fictitious and fraudulent statement and representation, in that he falsely stated to special agents of the United States Department of Labor and Internal Revenue Service that he had not received cash kickbacks from employees of his business who worked on government projects, when in fact, as DIAZ knew, his statement and representation was false because he had received such kickbacks from his employees.

In violation of Title 18, United States Code, Section 1001(a)(2).

UNITED STATES OF AMERICA

*[signature]*
DEIRDRE M. DALY
UNITED STATES ATTORNEY

*[signature]*
DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY